**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: RAE-ANN HANSELL
AKA: RAE-ANN BOYD, RAE-ANN HANSELL BOYD

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-14-01534-JJT

RAE-ANN HANSELL
AKA: RAE-ANN BOYD, RAE-ANN HANSELL BOYD

Respondent(s)

**CERTIFICATION OF DEFAULT**

AND NOW on September 15, 2016, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 15, 2016, the Debtor(s) is/are $3253.00 in arrears with a plan payment having last been made on Jun 27, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 15, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: RAE-ANN HANSELL
AKA: RAE-ANN BOYD,
RAE-ANN HANSELL BOYD

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-14-01534-JJT

RAE-ANN HANSELL
AKA: RAE-ANN BOYD, RAE-ANN HANSELL BOYD

Respondent(s)

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on September 15, 2016.

DAVID J. HARRIS, ESQUIRE
69 PUBLIC SQUARE
SUITE 700
WILKES-BARRE, PA 18701-

RAE-ANN HANSELL
47 HUGHES STREET REAR
LUZERNE, PA 18709

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 15, 2016