```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 14-01534-JJT
Rae-Ann Hansell                                                     Chapter 13
       Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk             Page 1 of 2             Date Rcvd: Sep 21, 2016
                              Form ID: pdf010             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
```
db            +Rae-Ann Hansell,    47 Hughes Street Rear,    Luzerne, PA 18709-1206
4470697        FedLoan Servicing,    P. O. Box 69184,    Harrisburg, PA 17106-9184
4470699       +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
4470694       +Hansell Rae-Ann,    47 Hughes Street Rear,    Luzerne, PA 18709-1206
4470701        Kathleen Veglia, MD,    Berks Credit & Collections,    P. O. Box 329,   Temple, PA 19560-0329
4470695      ++++LAW OFFICE OF DAVID J HARRIS,    67-69 PUBLIC SQ STE 700,    WILKES BARRE PA 18701-2515
              (address filed with court: Law Office of David J Harris,    69 Public Square Suite 700,
                Wilkes Barre, PA 18701)
4470702        Luzerne County Tax Claim Bureau,    Luzerne County Courthouse,    North River Street,
                Wilkes-Barre, PA 18711
4470704        PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
4487985       +True ST Holdings LLC,    c/o FCI Lender Services, Inc.,    P.O. Box 27370,
                Anaheim, CA 92809-0112
4470705       +True St Holdings, LLC,    5000 Birch Street,    Newport Beach, CA 92660-2127
4470708        US Department Of Education,    P. O. Box 5609,    Greenville, TX 75403-5609
4470709        Verizon,    P. O. Box 28000,    Lehigh Valley, PA 18002-8000
4470710        Wyoming Valley Sanitary Authority,    P. O. Box 33A,    Wilkes-Barre, PA 18703
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4470696        E-mail/Text: EBNProcessing@afni.com Sep 21 2016 19:10:14     ANFI, Inc.,   404 Brock Drive,
                P. O. Box 3097,   Bloomington, IL 61702-3097
4496101        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2016 19:16:19
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
4470700        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2016 19:10:15     Jefferson Capital LLC,
                16 McLeland Road,   Saint Cloud, MN 56303-2198
4473756        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2016 19:10:15     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
4532134        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2016 19:10:44
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4470703       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2016 19:10:11     Midland Credit Management, Inc.,
                8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
4485534       +E-mail/Text: csc.bankruptcy@amwater.com Sep 21 2016 19:10:23      PENNSYLVANIA AMERICAN WATER,
                PO BOX 578,   ALTON, IL 62002-0578
4518111       +E-mail/Text: csidl@sbcglobal.net Sep 21 2016 19:10:18     Premier Bankcard/Charter,
                P.O. Box 2208,   Vacaville, CA 95696-8208
4507606        E-mail/Text: bkrcy@ugi.com Sep 21 2016 19:10:22     UGI PENN NATURAL GAS, INC.,
                ONE UGI CENTER,   BLDG F,   WILKES BARRE, PA 18711
4470706        E-mail/Text: bkrcy@ugi.com Sep 21 2016 19:10:22     UGI Penn Natural Gas,   P. O. Box 15533,
                Wilmington, DE 19886
4470707        E-mail/Text: bkrcy@ugi.com Sep 21 2016 19:10:22     UGI Utilities, Inc.,   P. O. Box 15523,
                Wilmington, DE 19886-5523
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4470698      ##+First Bank Of Delaware,   50 South 16th Street, Ste 2300,    Philadelphia, PA 19102-2526
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                   Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:

```
Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
David J. Harris    on behalf of Debtor Rae-Ann  Hansell dh@lawofficeofdavidharris.com,
 davidharrisesqign@gmail.com
Joshua I Goldman    on behalf of Creditor   True ST Holdings LLC bkgroup@kmllawgroup.com,
 bkgroup@kmllawgroup.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**RAE-ANN HANSELL**
**AKA: RAE-ANN BOYD, RAE-ANN**
**HANSELL BOYD**

Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**

Movant(s)

vs.

**RAE-ANN HANSELL**
**AKA: RAE-ANN BOYD, RAE-ANN**
**HANSELL BOYD**

Respondent(s)

Chapter: 13

Case Number: 514-bk-01534

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: September 20, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 01/15