Check No. 1169919

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-04940-RNO | 999-0 | ANDREW BISHOP CARRELL<br>Original Check written to:<br>ANDREW BISHOP CARRELL and ROXANNE JEANNE CARRELL<br>265 EL DORADO BLVD.<br>APT. 2322<br>WEBSTER, TX 77598- | | 0.00 | 180.50 | 0.00 | 180.50 |
| 14-01534-JJT | 999-0 | RAE-ANN HANSELL<br>Original Check written to:<br>RAE-ANN HANSELL<br>47 HUGHES STREET REAR<br>LUZERNE, PA 18709 | | 0.00 | 5.69 | 0.00 | 5.69 |
| 16-00045-RNO | 010-0 | MICHAEL A CONNOR, JR.<br>Original Check written to:<br>WIX, WENGER & WEIDNER<br>508 NORTH SECOND ST.<br>PO BOX 845<br>HARRISBURG, PA 17108-0845 | MAPLE GLEN TOWNHOME CONDO | 4,390.12 | 151.07 | 0.00 | 151.07 |

---

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1169919

July 06, 2017

PAY** Three Hundred Thirty Seven Dollars and 26 Cents******************************

AMOUNT**$337.26************

TO THE ORDER OF

VOID AFTER October 04, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

Case 5:14-bk-01534-JJT    Doc 50    Filed 07/06/17    Entered 07/06/17 07:56:19    Desc
Main Document    Page 1 of 1